UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
*Western Division*
*Office of the Clerk*

| | |
|---|---|
| *Thomas M. Gould, Clerk* | *Deputy-in-Charge* |
| *242 Federal Building* | *U.S. Courthouse, Room 262* |
| *167 N. Main Street* | *111 South Highland Avenue* |
| *Memphis, Tennessee 38103* | *Jackson, Tennessee 38301* |
| *(901) 495-1200* | *(731) 421-9200* |

## NOTICE OF SETTING
Before Judge Jon Phipps McCalla, Chief United States District Judge

June 20, 2013

RE:   **2:12-cv-03037-JPM**
      **One StockDuq Holdings, LLC v. Becton, Dickinson & Co.**

Dear Sir/Madam:

A(n) **MARKMAN HEARING** has been **SET** before **Chief Judge Jon Phipps McCalla** for **FRIDAY, NOVEMBER 15, 2013** at **9:00 A.M. in Courtroom 1, 11th floor of the Federal Building, Memphis, Tennessee.**

The parties are instructed to have present any witnesses who will be needed for this hearing.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

> Sincerely,
> THOMAS M. GOULD, CLERK
> BY:   *s/Joseph P. Warren*,
>       Case Manager to Chief Judge Jon Phipps McCalla
>       901-495-1242
>       joseph_warren@tnwd.uscourts.gov