# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ONE STOCKDUQ HOLDINGS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BECTON, DICKINSON AND COMPANY, ) <br> ) <br> Defendant. ) <br> ) <br> ) | No. 2:12-cv-03037-JPM-tmp <br><br> JURY DEMAND |

## JOINT MOTION FOR ENTRY OF A SCHEDULING ORDER

Plaintiff One StockDuq Holdings, LLC ("One-SD") and defendant Becton, Dickinson and Company ("BD") jointly move this Court for entry of a scheduling order reflecting the deadlines discussed during the patent scheduling conference held by the Court on June 20, 2013.

One-SD and BD have consented to and propose for the Court's consideration the following schedule:

| No. | Description | Deadline |
|---|---|---|
| 1 | Final Identification of Claim Terms to be Construed | June 28, 2013 |
| 2 | Joining Parties | July 1, 2013 |
| 3 | Amending Pleadings | July 1, 2013 |
| 4 | Preliminary Claim Constructions and Supporting Materials | July 12, 2013 |
| 5 | Parties to Hold Initial Meeting | July 22, 2013 |
| 6 | Initial Expert Claim Construction Reports | July 26, 2013 |
| 7 | Initial Motions to Dismiss | July 31, 2013 |
| 8 | Rebuttal Expert Claim Construction Reports | August 9, 2013 |
| 9 | Completion of Expert Discovery | August 23, 2013 |
| 10 | Final Claim Construction | August 30, 2013 |
| 11 | Opening Claim Construction Briefs | September 13, 2013 |
| 12 | Responsive Claim Construction Briefs | October 14, 2013 |
| 13 | Joint Claim Construction and Prehearing | October 21, 2013 |

| No. | Description | Deadline |
|---|---|---|
|  | Statement |  |
| 14 | Claim Construction Hearing (CCR) | November 15, 2013 at 9:00 AM |
| 15 | Production of Written Advice of Counsel | At least 90 days prior to the close of fact discovery |
| 16 | Court's Claim Construction Ruling (CCCR) | TBD |
| 17 | Final Infringement Contentions | Within 14 days after the CCCR is issued |
| 18 | Final Non-Infringement Contentions, Final Invalidity and Unenforceability Contentions | Within 30 days after the CCCR is issued |
| 19 | Close of Fact Discovery | No later than 30 days after CCCR |
| 20 | Status Conference | Within 30 days after the CCCR is issued |
| 21 | Final Validity and Enforceability Contentions | Within 45 days after the CCCR is issued |
| 22 | Initial Expert Witness Disclosures | Within 60 days after the CCCR is issued |
| 23 | Rebuttal Expert Witness Disclosures | Within 30 days service of Initial Expert Witness Disclosures |
| 24 | Rule 26(e) Supplementation | 20 days before close of expert discovery |
| 25 | Completion of Expert Depositions | Within 40 days after service of Expert Rebuttal Disclosures |
| 26 | Filing Dispositive Motions | Within 14 days after end of expert discovery |
| 27 | Final Lists of Witnesses and Exhibits Under Rule 26(a)(3) | June 4, 2014 |
| 28 | Objections to Final Lists of Witnesses and Exhibits | June 18, 2014 |
| 29 | Joint Pretrial Order | July 18, 2014 |
| 30 | Pretrial Conference | July 25, 2014 |
| 31 | Trial | August 4, 2014 at 9:30 AM |

A proposed order granting this joint motion for entry of a scheduling order is being submitted in Microsoft Word format via electronic mail to the Court.

Dated:  June 21, 2013

Respectfully submitted,

s/James R. Michels
James R. Michels (BPR # 021604)
William C. Ferrell, Jr. (BPR # 027220)
Melissa Hunter Smith (BPR # 026387)
Kevin P. Hartley (BPR # 029199)
STITES & HARBISON, PLLC
401 Commerce Street, Suite 800
Nashville, TN 37219-2376
Telephone: (615) 244-5200
Facsimile: (615) 782-2371
Email: randy.michels@stites.com
Email: wferrell@stites.com
Email: melissa.smith@stites.com
Email. kevin.hartley@stites.com

Joel T. Beres (BPR # 125890)
STITES & HARBISON, PLLC
400 West Market Street, Suite 1800
Louisville, KY  40202-3352
Telephone: (502) 587-3400
Facsimile: (502) 587-6391
Email: jberes@stites.com

Counsel for Plaintiff,
ONE STOCKDUQ HOLDINGS, LLC

s/Douglas F. Halijan w/ permission by JRM
Douglas F. Halijan (BPR # 016718)
Shea B. Oliver (BPR # 029330)
BURCH, PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, TN  38103
Telephone: (901) 524-5000
Facsimile: (901) 524-5024
Email: dhalijan@bpjlaw.com
Email: soliver@bpjlaw.com

William F. Lee (BPR # 291960)
WILMER CUTLER PICKERING HALE
AND DORR, LLP
60 State Street
Boston, MA  02109
Telephone: (617) 526-6000
Email: william.lee@wilmerhale.com

William G. McElwain (BPR # 397553)
Heath A. Brooks (BPR # 490335)
WILMER CUTLER PICKERING HALE
AND DORR, LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC  20006
Telephone: (202) 663-6000
Email: william.mcelwain@wilmerhale.com
Email: heath.brooks@wilmerhale.com

Counsel for Defendant
BECTON, DICKINSON AND COMPANY

## CERTIFICATE OF SERVICE

      I hereby certify that on this 21st day of June, 2013, a copy of the foregoing was filed through the Court's CM/ECF system. Parties may access this filing through the Court's system. Notice of this filing will be sent to the following parties as indicated on the electronic filing receipt:

Douglas F. Halijan (BPR # 016718)
Shea B. Oliver (BPR # 029330)
BURCH, PORTER & JOHNSON, PLLC
130 North Court Avenue
Memphis, TN  38103
Telephone: (901) 524-5000
Facsimile: (901) 524-5024
Email: dhalijan@bpjlaw.com
Email: soliver@bpjlaw.com

William F. Lee (BPR # 291960)
WILMER CUTLER PICKERING HALE AND DORR, LLP
60 State Street
Boston, MA  02109
Telephone: (617) 526-6000
Email: william.lee@wilmerhale.com

William G. McElwain (BPR # 397553)
Heath A. Brooks (BPR # 490335)
WILMER CUTLER PICKERING HALE AND DORR, LLP
1875 Pennsylvania Avenue, N.W.
Washington, DC  20006
Telephone: (202) 663-6000
Email: william.mcelwain@wilmerhale.com
Email: heath.brooks@wilmerhale.com

Counsel for Defendant
BECTON, DICKINSON AND COMPANY

                                      s/James R. Michels
                                      Counsel for Plaintiff