# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| ONE STOCKDUQ HOLDINGS, LLC, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:12-cv-03037-JPM-tmp |
| BECTON, DICKINSON AND COMPANY, | ) JURY DEMAND |
| Defendant. | ) |

## ORDER GRANTING JOINT MOTION FOR ENTRY OF A SCHEDULING ORDER

Before the Court is the parties' Joint Motion for Entry of a Scheduling Order, which was filed on June 21, 2013. The Court, having considered the Joint Motion and the entire record in the cause, finds that the Joint Motion is well-taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the proposed schedule of events set forth in the Joint Motion shall be adopted by this Court as deadlines for completion of the events set forth therein, as follows:

| No. | Description | Deadline |
|---|---|---|
| 1 | Final Identification of Claim Terms to be Construed | June 28, 2013 |
| 2 | Joining Parties | July 1, 2013 |
| 3 | Amending Pleadings | July 1, 2013 |
| 4 | Preliminary Claim Constructions and Supporting Materials | July 12, 2013 |
| 5 | Parties to Hold Initial Meeting | July 22, 2013 |
| 6 | Initial Expert Claim Construction Reports | July 26, 2013 |
| 7 | Initial Motions to Dismiss | July 31, 2013 |
| 8 | Rebuttal Expert Claim Construction Reports | August 9, 2013 |
| 9 | Completion of Expert Discovery | August 23, 2013 |
| 10 | Final Claim Construction | August 30, 2013 |

| No. | Description | Deadline |
|---|---|---|
| 11 | Opening Claim Construction Briefs | September 13, 2013 |
| 12 | Responsive Claim Construction Briefs | October 14, 2013 |
| 13 | Joint Claim Construction and Prehearing Statement | October 21, 2013 |
| 14 | Claim Construction Hearing (CCR) | November 15, 2013 at 9:00 AM |
| 15 | Production of Written Advice of Counsel | At least 90 days prior to the close of fact discovery |
| 16 | Court's Claim Construction Ruling (CCCR) | TBD |
| 17 | Final Infringement Contentions | Within 14 days after the CCCR is issued |
| 18 | Final Non-Infringement Contentions, Final Invalidity and Unenforceability Contentions | Within 30 days after the CCCR is issued |
| 19 | Close of Fact Discovery | No later than 30 days after CCCR |
| 20 | Status Conference | Within 30 days after the CCCR is issued |
| 21 | Final Validity and Enforceability Contentions | Within 45 days after the CCCR is issued |
| 22 | Initial Expert Witness Disclosures | Within 60 days after the CCCR is issued |
| 23 | Rebuttal Expert Witness Disclosures | Within 30 days service of Initial Expert Witness Disclosures |
| 24 | Rule 26(e) Supplementation | 20 days before close of expert discovery |
| 25 | Completion of Expert Depositions | Within 40 days after service of Expert Rebuttal Disclosures |
| 26 | Filing Dispositive Motions | Within 14 days after end of expert discovery |
| 27 | Final Lists of Witnesses and Exhibits Under Rule 26(a)(3) | June 4, 2014 |
| 28 | Objections to Final Lists of Witnesses and Exhibits | June 18, 2014 |
| 29 | Joint Pretrial Order | July 18, 2014 |
| 30 | Pretrial Conference | July 25, 2014 |
| 31 | Trial | August 4, 2014 at 9:30 AM |

**SO ORDERED** this 21st day of June, 2013.

s/ Jon P. McCalla
JON P. McCALLA
CHIEF U.S. DISTRICT JUDGE