# EXHIBIT A

| Claim | Term | BD's Proposed Construction | One-SD's Proposed Construction |
|---|---|---|---|
| 22, 31 | "needle attachment body" | "A body to which the needle is attached that provides a protective housing for the needle after it is retracted" | "housing that shields the tip of the needle when the needle is in the retracted storage position" |
| 22, 31 | "connected to said hub" | "Joined to the catheter hub" | "joined or linked to the hub" |
| 22 | "flexible resilient diaphragm…for preventing the flow of a liquid" | "a flexible, resilient seal that prevents the flow of a liquid" | "pliable membrane, capable of returning to its shape after deformation, which is directly or indirectly attached to the hub partition the hub passageway between the side access port and the needle attachment body to prevent liquid that is flowing through the hub passageway and past the side access port from exiting the proximal end of the hub except through the needle passageway" |
| 22 | "flexible resilient diaphragm attached between said body and a proximal end of said hub proximal to said side access port for preventing the flow of a liquid through said hub lumen past said side access port and through the proximal end of said hub external to said introducer needle cannula" | "a flexible, resilient seal that is held in place in a space that separates the needle attachment body and a proximal end (closer to the clinician) of the catheter hub and is proximal to the side access port, and that prevents the flow of a liquid that is external to a needle when the needle is penetrating the seal from flowing past the proximal end of the catheter hub" | "pliable membrane, capable of returning to its shape after deformation, which is directly or indirectly attached to the hub to partition the hub passageway between the side access port and the needle attachment body to prevent liquid that is flowing through the hub passageway and past the side access port from exiting the proximal end of the hub except through the needle passageway" |
| 22 | "diaphragm attached between said body and a proximal end of said hub" | "a seal that is held in place in a space that separates the needle attachment body and a proximal end of the catheter hub" | "membrane that is directly or indirectly attached to the hub to partition the hub passageway between the side access port and the needle attachment body" |

| Claim | Term | BD's Proposed Construction | One-SD's Proposed Construction |
|---|---|---|---|
| 22 | "at least one fenestration on a central portion thereof which communicates with a cannula of said introducer needle and…with said hub lumen" | "one or more openings located closer to the center than to the ends of the needle that provides fluid flow from the needle cannula, through the opening(s) and into the hub when the openings are aligned with the hub" | "at least one opening located between the ends of the needle that, when the needle is in the operative position, permits liquid flow from the needle passageway into the catheter passageway, whether or not the fenestration is disposed within the hub passageway when the needle is in the operative position" |
| 22 | "at least one fenestration on a central portion thereof which communicates with a cannula of said introducer needle and, when said introducer needle is in said operative position, with said hub lumen" | "one or more openings located closer to the center than to the ends of the needle that provides fluid flow from the needle cannula, through the opening(s) and into the hub when the openings are aligned with the hub in an operative position" | "at least one opening located between the ends of the needle that, when the needle is in the operative position, permits liquid flow from the needle passageway into the catheter passageway, whether or not the fenestration is disposed within the hub passageway when the needle is in the operative position" |

| Claim | Term | BD's Proposed Construction | One-SD's Proposed Construction |
|---|---|---|---|
| 31 | "diaphragm being attached to said hub to seal a proximal end of said hub lumen in a liquid tight manner" | "a seal that is attached at the proximal end (closer to the clinician) of the catheter hub to prevent the flow of all liquid past the seal" | "membrane that is indirectly or directly attached to the hub to partition the hub passageway to prevent liquid from exiting the proximal end of the hub except through the needle passageway, if a needle is penetrating the membrane" |
| 31 | "a liquid which has been introduced into said hub lumen from said catheter, external to a needle which may be penetrating said diaphragm and projecting into said hub lumen" | "there is liquid in the catheter hub outside of the needle when the needle is penetrating the seal" | "a liquid inside the hub passageway but outside the needle passageway if a needle is penetrating the membrane" |

| Claim | Term | BD's Proposed Construction | One-SD's Proposed Construction |
|---|---|---|---|
| 31 | "flexible, resilient diaphragm which can be penetrated by a hypodermic needle, such as a catheter introducer needle, said diaphragm being attached to said hub to seal a proximal end of said hub lumen in a liquid tight manner for preventing a liquid which has been introduced into said hub lumen from said catheter, external to a needle which may be penetrating said diaphragm and projecting into said hub lumen, from flowing through said diaphragm beyond said hub" | "a flexible, resilient seal that can be penetrated by a hypodermic needle, such as a catheter introducer needle, the seal being attached at the proximal end (closer to the clinician) of the catheter hub to prevent all liquid in the catheter hub outside of the needle when the needle is penetrating the seal from flowing past the seal" | "a pliable membrane, capable of being penetrated by a needle and returning to its shape after deformation, which is indirectly or directly attached to the hub to partition the hub passageway to prevent liquid from exiting the proximal end of the hub except through the needle passageway, if a needle is penetrating the membrane" |
| 31 | "flexible, resilient diaphragm…for preventing a liquid…from flowing through said diaphragm beyond said hub" | "a flexible, resilient seal that prevents the flow of liquid out of the catheter hub" | "a pliable membrane, capable of being penetrated by a needle and returning to its shape after deformation, which is indirectly or directly attached to the hub to partition the hub passageway to prevent liquid from exiting the proximal end of the hub except through the needle passageway, if a needle is penetrating the membrane" |

| Claim | Term | BD's Proposed Construction | One-SD's Proposed Construction |
|---|---|---|---|
| 31 | "at least one fenestration on a central portion thereof which communicates with a cannula of said introducer needle and with said hub lumen" | "one or more openings located closer to the center than to the ends of the needle that provides fluid flow from the needle cannula, through the opening(s) and into the hub when the openings are aligned with the hub" | "at least one opening located between the ends of the needle that, when the needle is in the operative position, permits liquid flow from the needle passageway into the catheter passageway, whether or not the fenestration is disposed within the hub passageway when the needle is in the operative position" |
| 31 | "at least one fenestration on a central portion thereof which communicates with a cannula of said introducer needle and with said hub lumen and which is positioned distally of said diaphragm when said introducer needle is disposed in said operative position" | "one or more openings located closer to the center than to the ends of the needle that provides fluid flow from the needle cannula, through the opening(s) and into the hub when the openings are aligned with the hub and located distally of the seal when the introducer needle is disposed in the operative position" | "at least one opening located between the ends of the needle that, when the needle is in the operative position, permits liquid flow from the needle passageway into the catheter passageway, whether or not the fenestration is disposed within the hub passageway when the needle is in the operative position" |