# EXHIBIT B

**Merriam-Webster Unabridged Dictionary**

# ¹cen·tral *adjective* \ˈsen-trəl\

Inflected form(s): *sometimes* **-er/-est**

**1** : containing or constituting a center : relevant or pertinent to a center

<the sun having a *central* place in the solar system>

<the *central* areas>

**2** : belonging to the center as most important part : BASIC, ESSENTIAL, PRINCIPAL, DOMINANT : not peripheral or incidental : cardinally related

<these efforts have been marginal and not *central*— Max Lerner>

<ethical values *central* to the democratic way of life — Sidney Hook>

<the *central* virtues … courage, honor, faithfulness, veracity, justice — Walter Lippmann>

<a notion *central* to his beliefs>

**3 a:** situated at, in, or near the center : occupying a center : proceeding from a center

<the *central* block of the city>

<the *central* part of the state>

**b:** placed at a center and accessible from all outlying points without undue or disproportionate difficulty

<a new theater in a *central* location>

**4 a:** centrally placed and superseding or eliminating separate scattered units

<*central* heating>

<*central* offices>

**b:** controlling or directing local or branch activities : constituting a governing or administrative center

<decided by the *central* committee>

**5** : holding to a middle course or position between extremes : MODERATE, CENTER

**6 a:** of or concerning the centrum of a vertebra

**b:** of, relating to, or indicating the part of the nervous system comprising the brain and spinal cord —distinguished from *peripheral*

**7** *of a vowel*: articulated at a point in the oral passage between front and back

**Origin of CENTRAL**

Latin *centralis*, from *centrum* center — more at CENTER

First Known Use: 1647 (sense 1)

**Related to CENTRAL**

Synonyms arch, big, capital, cardinal, foremost, chief, dominant, first, grand, great, greatest, highest, key, leading, main, master, number one (*also* No. 1), numero uno, overbearing, overmastering, overriding, paramount, predominant, preeminent, premier, primal, primary, principal, prior, sovereign (*also* sovran), supreme

Antonyms last, least

Related Words distinguished, eminent, illustrious, noble, notable, noteworthy, outstanding, prestigious, signal, star, stellar, superior; high-level, senior, top; important, influential, major, mighty, momentous, significant; incomparable, matchless, unequaled (*or* unequalled), unparalleled, unsurpassed; celebrated, famed, famous, renowned

Near Antonyms inconsequential, inconsiderable, insignificant, minor, negligible, slight, trifling, trivial, unimportant; collateral, inferior, secondary, subordinate, subsidiary

Pronunciation Symbols

# Merriam-Webster Unabridged
© 2013 Merriam-Webster, Incorporated

**Merriam-Webster Unabridged Dictionary**

¹**di·a·phragm** *noun*  \ˈdīəˌfram, -raa(ə)m\

Inflected form(s): **-s**

1 : a body partition of muscle and connective tissue; *specifically*: the partition separating the chest and abdominal cavities in mammals that by its contraction and relaxation varies the relative size and the internal pressure of these cavities and thereby plays an important role in such activities as breathing, defecation, and parturition and that in man has the form of an obliquely placed domed sheet, higher in front than behind, attached to the xiphoid cartilage, the six or seven lower ribs and their cartilages, and the lumbar vertebrae —see HICCUP

2 : a dividing membrane or thin partition especially in a tube

3 : any of various more or less rigid partitions in the bodies or shells of invertebrate animals: such as

   **a:** the membrane separating the heart from the rest of the body of an insect

   **b:** a calcareous partition extending into the cavity of the shell of a slipper limpet

   **c:** a chitinous shelf extending from the hydrotheca about the base of a hydranth

   **d:** a partition dividing the zooecia of some bryozoans into two chambers

4  **a:** the constriction in the neck of the nucule in the stoneworts

   **b:** a transverse septum in a stem (as at the nodes of a scouring rush or in the pith of some woody stems)

5 : a device (such as a perforated plate) that limits the aperture of a lens or optical system : STOP —see IRIS DIAPHRAGM

6 : a thin flexible often metallic disk that vibrates when struck by sound waves (as in a microphone) or that vibrates to produce sound waves (as in a telephone receiver or loudspeaker)

7 : a thin plate or partition between parallel parts of a structural steel member (as of a bridge) used to give rigidity to the member

8 : a molded cap usually of thin rubber fitted over the uterine cervix to act as a mechanical contraceptive barrier

9 : a moving grid of lead strips used for producing sharper X-ray images by eliminating the oblique rays that pass through them before reaching the film

**Origin of DIAPHRAGM**

Middle English *diafragma,* from Late Latin *diaphragma,* from Greek, partition, diaphragm, from *diaphrassein, diaphrattein* to barricade, from *dia-* + *phrassein, phrattein* to enclose, fence in — more at FARCE

First Known Use: 14th century (sense 1)

Pronunciation Symbols

**Merriam-Webster Unabridged**
© 2013 Merriam-Webster, Incorporated

**Merriam-Webster Unabridged Dictionary**

# fen·es·tra·tion *noun* \ˌfenəˈstrāshən\

Inflected form(s): **-s**

1. **a:** the arrangement, proportioning, and design of windows and doors in a building

   **b** (1)**:** openings admitting daylight to a building

   <classroom *fenestration* consists of glass block panels over continuous windows>

   (2)**:** the furnishing of a building with fenestration

   <*fenestration* with louvered wall and continuous windows to control the amount and distribution of daylight>

2. **a:** an opening or break in a surface (as in a wall or membrane)

   <the level of brightness at the *fenestrations*>

   **b:** the presence of such openings

3. *or***fenestration operation:** the operation of cutting an opening in the bony labyrinth between the inner ear and tympanum to replace natural fenestrae that are not functional because of sclerotic or other changes and to improve hearing impaired by such fenestrae

### Origin of FENESTRATION

Latin *fenestrat*us + English *-ion*

First Known Use: 1846 (sense 1a)

Pronunciation Symbols

### Merriam-Webster Unabridged
© 2013 Merriam-Webster, Incorporated