# EXHIBIT C

1

# THE
# AMERICAN
# HERITAGE®
# DICTIONARY
## OF THE
## ENGLISH LANGUAGE

THIRD EDITION



**HOUGHTON MIFFLIN COMPANY**

*Boston · New York*

BD 1013

Words are included in this Dictionary on the basis of their usage. Words that are known to have current trademark registrations are shown with an initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

American Heritage® and the eagle logo are registered trademarks of Forbes Inc. Their use is pursuant to a license agreement with Forbes Inc.

Houghton Mifflin Company gratefully acknowledges Mead Data Central, Inc., providers of the LEXIS®/NEXIS® services, for its assistance in the preparation of this edition of *The American Heritage® Dictionary*.

Copyright © 1996, 1992 by Houghton Mifflin Company.
All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, Houghton Mifflin Company, 222 Berkeley Street, Boston, MA 02116.

*Library of Congress Cataloging-in-Publication Data*

The American heritage dictionary of the English language. —3rd ed.
　　p.　　cm.
　　ISBN 0-395-44895-6
　　1. English language—Dictionaries.
PE1628.A623　　1992　　　　　　　　　　　　92-851
423—dc20　　　　　　　　　　　　　　　　　　CIP

Manufactured in the United States of America

For information about this and other Houghton Mifflin trade and reference books and multimedia products, visit The Bookstore at Houghton Mifflin on the World Wide Web at http://www.hmco.com/trade/.

2

which two-carbon units are sequentially removed from the molecule with each turn of the cycle.

**beta particle** *n.* A high-speed electron or positron, especially one emitted in radioactive decay.

**beta ray** *n.* A stream of beta particles, especially of electrons.

**be·ta·re·cep·tor** (bā′tə-rĭ-sĕp′tər, bē′-) *n.* A site in the autonomic nervous system in which inhibitory responses occur when adrenergic agents, such as norepinephrine and epinephrine, are released. Activation of beta-receptors causes various physiological reactions, such as relaxation of the bronchial muscles and an increase in the rate and force of cardiac contraction. Also called *beta-adrenergic receptor.*

**beta rhythm** *n.* See **beta wave.**

**be·ta·tron** (bā′tə-trŏn′, bē′-) *n.* A magnetic induction electron accelerator capable of accelerating electrons to energies of several hundred million electron volts.

**beta wave** *n.* The second most common waveform occurring in electroencephalograms of the adult brain, characteristically having a frequency from 13 to 30 cycles per second. It is associated with an alert waking state but can also occur as a sign of anxiety or apprehension. Also called *beta rhythm.*

**be·tel** (bēt′l) *n.* An evergreen Indo-Malayan climbing or trailing shrub *(Piper betle)*, having usually ovate leaves used to wrap betel nuts. [Portuguese, from Malayalam *veṭṭila, veṟṟila,* from Tamil *veṟṟilai.*]

**Be·tel·geuse** (bēt′l-jōōz′, bēt′l-jœz′) *n.* A bright-red intrinsic variable star, 527 light-years from Earth, in the constellation Orion. [French *Bételgeuse,* probably from Arabic *bayt al-jauzā.*]

**betel nut** also **be·tel-nut** (bēt′l-nŭt′) *n.* The seed of the betel palm, chewed with betel leaves, lime, and flavorings as a mild stimulant. Also called *areca nut.*

**betel palm** *n.* A tropical Asian feather-leaved palm *(Areca catechu)* cultivated for its seeds. Also called *catechu.*

**bête noire** (bĕt nwär′) *n.* One that is particularly disliked or that is to be avoided: *"Tax shelters had long been the bête noire of reformers"* (Irwin Ross). [French : *bête,* beast + *noire,* black.]

**beth** (bĕt) *n.* The second letter of the Hebrew alphabet. See table at **alphabet.** [Hebrew *bêt,* from *bayit,* house.]

**be·than·e·chol** (bĕ-thăn′ĭ-kôl′, -kōl′) *n.* A cholinergic drug, $C_7H_{17}ClN_2O_2$, that acts principally by stimulating the parasympathetic nervous system and is used in the form of its chloride to treat abdominal distention and urinary retention. [Perhaps *beth* (blend of BETA and METHYL) + −ANE + CHOL(INE).]

**Beth·a·ny** (bĕth′ə-nē). **1.** A village of ancient Palestine at the foot of the Mount of Olives near Jerusalem. According to the New Testament, it was the site of the resurrection of Lazarus. **2.** A city of central Oklahoma west of Oklahoma City. It was settled in 1906. Population, 22,130.

**Be·the** (bā′tə), **Hans Albrecht.** Born 1906. German-born American physicist. He won a 1967 Nobel Prize for research on the energy production of stars.

**beth·el** (bĕth′əl) *n.* **1.** A hallowed or holy place. **2.a.** A chapel for seafarers. **b.** *Chiefly British.* A Nonconformist chapel, especially a Baptist or Methodist one. [Hebrew *bêt'ēl,* house of God : *bēt,* house + *'ēl,* God.]

**Beth·el** (bĕth′əl). **1.** (also bĕth′ĕl′). A town of ancient Palestine north of Jerusalem. It is now a major archaeological site. **2.** A town of southwest Connecticut southeast of Danbury. It has varied light industries. Population, 16,004.

**Bethel Park.** A borough of southwest Pennsylvania, an industrial suburb of Pittsburgh. Population, 34,755.

**Be·thes·da** (bə-thĕz′də). An unincorporated city of west-central Maryland, a residential suburb of Washington, D.C. The National Institutes of Health and Naval Medical Center are here. Population, 63,022.

**be·think** (bĭ-thĭngk′) *v.* **-thought** (-thôt′), **-think·ing, -thinks.** —*tr.* **1.** To cause (oneself) to reflect on or consider. **2.** To remind (oneself); remember. See Synonyms at **remember.** —*intr. Archaic.* To meditate; ponder. [Middle English *bithinken,* from Old English *bethencan.* See **tong-** in Appendix.]

**Beth·le·hem** (bĕth′lĭ-hĕm′, -lē-əm). **1.** A town in the West Bank south of Jerusalem. It is the traditional birthplace of Jesus. Population, 25,000. **2.** A city of eastern Pennsylvania on the Lehigh River north-northwest of Philadelphia. It is an important steel-producing center. Population, 70,419.

**Beth·mann-Holl·weg** (bĕt′mən-hôl′väg′, -män-), **Theobald von.** 1856–1921. German politician who as chancellor (1909–1917) was opposed to but unable to prevent unrestricted submarine warfare during World War I.

**be·thought** (bĭ-thôt′) *v.* Past tense and past participle of **bethink.**

**Be·thune** (bə-thōōn′, -thyōōn′), **Mary McLeod.** 1875–1955. American educator who sought improved racial relations and educational opportunities for Black Americans. She was part of the U.S. delegation to the first United Nations meeting (1945).

**be·tide** (bĭ-tīd′) *v.* **-tid·ed, -tid·ing, -tides.** —*tr.* To happen to. —*intr.* To take place; befall. See Synonyms at **happen.** [Middle English *bitiden* : *bi-,* be- + *tiden,* to happen (from Old English *tīdan;* see TIDE[2]).]

**be·times** (bĭ-tīmz′) *adv.* **1.** In good time; early: *"A beneficent microclimate brings out the camellias betimes"* (John Russell). **2.** Once in a while; on occasion. **3.** *Archaic.* Quickly; soon. [Middle English *bitimes* : *bi,* by; see BY[1] + *time,* time; see TIME + *-es,* adv. suff.; see -S[3].]

**bê·tise** (bā-tēz′) *n., pl.* **-tises** (-tēz′). **1.** Stupidity; folly: *"The bêtise of our human community is everywhere"* (Thornton Wilder). **2.** A stupid or foolish act or remark. [French, from *bête,* beast, fool, foolish, from Old French *beste,* beast. See BEAST.]

**Bet·je·man** (bĕch′ə-mən), Sir **John.** 1906–1984. British poet and poet laureate (1972–1984) whose often nostalgic works, in collections such as *A Few Late Chrysanthemums* (1955), praise the English countryside.

**be·to·ken** (bĭ-tō′kən) *tr.v.* **-kened, -ken·ing, -kens.** To be or give a sign or portent of. See Synonyms at **indicate.** [Middle English *bitokenen* : *bi-,* be- + *toknen,* to signify (from Old English *tācnian;* see **deik-** in Appendix).]

**bet·o·ny** (bĕt′n-ē) *n., pl.* **-nies. 1.** Any of several plants of the widespread genus *Stachys* in the mint family, especially *S. officinalis,* native chiefly to Europe and having spikes of usually reddish-purple flowers. It was once popular in herbal medicine. Also called *woundwort.* **2.** The lousewort. [Middle English, from Old French *betoine,* from Medieval Latin *betōnia,* both from Latin *vettōnica,* probably from *Vettōnēs,* an ancient Iberian tribe.]

**be·took** (bĭ-tōōk′) *v.* Past tense of **betake.**

**be·tray** (bĭ-trā′) *tr.v.* **-trayed, -tray·ing, -trays. 1.a.** To give aid or information to an enemy of; commit treason against: *betray one's country.* **b.** To deliver into the hands of an enemy in violation of a trust or allegiance: *betrayed Christ to the Romans.* **2.** To be false or disloyal to: *betrayed their cause; betray one's better nature.* **3.** To divulge in a breach of confidence: *betray a secret.* **4.** To make known unintentionally: *Her hollow laugh betrayed her contempt for the idea.* **5.** To reveal against one's desire or will. See Synonyms at **reveal**[1]. **6.** To lead astray; deceive. See Synonyms at **deceive.** [Middle English *bitrayen* : *bi-,* be- + *trayen,* to betray (from Old French *trair,* from Latin *trādere,* to hand over; see TRADITION).] —**be·tray′al** *n.* —**be·tray′er** *n.*

**be·troth** (bĭ-trōth′, -trôth′) *tr.v.* **-trothed, -troth·ing, -troths. 1.** To promise to give in marriage: *was betrothed to a member of the royal family.* **2.** To promise to marry. [Middle English *bitrouthen* : *bi-,* be- + *trouth,* troth (from Old English *trēowth;* see **deru-** in Appendix).]

**be·troth·al** (bĭ-trō′thəl, -trô′thəl) *n.* **1.** The act of betrothing or the fact of being betrothed. **2.** A mutual promise to marry; an engagement: *announced their betrothal the next day.*

**be·trothed** (bĭ-trōthd′, -trôtht′) *adj.* Engaged to be married. —**betrothed** *n.* A person to whom one is engaged to be married.

**bet·ta** (bĕt′ə) *n.* Any of various species of small, brightly colored, long-finned freshwater fishes of the genus *Betta,* found in southeast Asia. [New Latin *Betta,* genus name.]

**Bet·ten·dorf** (bĕt′n-dôrf′). A city of eastern Iowa, an industrial suburb of Davenport on the Mississippi River. Population, 27,381.

**bet·ter**[1] (bĕt′ər) *adj.* Comparative of **good. 1.** Greater in excellence or higher in quality than another of the same class, set, or kind. **2.** More useful, suitable, or desirable than another or others: *found a better way to go; a suit with a better fit than that one.* **3.** More highly skilled or adept than another or others: *I am better at math than English.* **4.** Greater or larger: *argued for the better part of an hour.* **5.** More advantageous or favorable than others; improved: *a better chance of success.* **6.** Healthier or more fit than before: *The patient is better today.* —**better** *adv.* Comparative of **well**[2]. **1.** In a more excellent way. **2.a.** To a greater extent or degree: *better suited to the job; likes it better without sauce.* **b.** To greater advantage; preferably: *a deed better left undone.* **3.** More: *It took me better than a year to recover.* —**better** *n.* **1.** One that is greater in excellence or higher in quality than another or others. **2.** A superior, as in standing, competence, or intelligence. —**better** *v.* **-tered, -ter·ing, -ters.** —*tr.* **1.** To make better; improve: *trying to better conditions in the prison; bettered myself by changing jobs.* See Synonyms at **improve. 2.** To surpass or exceed. —*intr.* To become better. —**idioms. for the better.** Resulting in or aiming at an improvement: *Her condition took a turn for the better.* **had better.** *Usage Problem.* Ought to; must: *We had better go before the storm becomes worse.* **think better of.** To change one's mind about (a course of action) after reconsideration. [Middle English, from Old English *betera.* See **bhad-** in Appendix.]



**Mary McLeod Bethune**

**USAGE NOTE:** The phrase *had better* is acceptable, as long as the *had* or its contraction is preserved: *You had better do it* or *You'd better do it,* but not *You better do it.* See Usage Notes at **best, rather.**

**bet·ter**[2] (bĕt′ər) *n.* Variant of **bettor.**

**better half** *n. Informal.* One's spouse. [From *my better half,* the larger part of me, that is, a close friend.]

**bet·ter·ment** (bĕt′ər-mənt) *n.* **1.** An improvement over what has been the case: *financial betterment.* **2.** *Law.* An improvement beyond normal upkeep and repair that adds to the value of real property.

**bet·ter-off** (bĕt′ər-ôf′, -ŏf′) *adj.* Being in a better or more prosperous condition.

**bet·tor** also **bet·ter** (bĕt′ər) *n.* One that bets or places a bet.

**be·tween** (bĭ-twēn′) *prep. Abbr.* **bet. 1.a.** In or through the position or interval separating: *between the trees; between 11 o'clock and 12 o'clock.* **b.** Intermediate to, as in quantity,



betony

3

Case 2:12-cv-08037-JPM-tmp   Document 73-3   Filed 09/13/13   Page 5 of 5   PageID 835

amount, or degree: *It costs between 15 and 20 dollars.* **2.** *Usage Problem.* Connecting spatially: *a railroad between the two cities.* **3.** *Usage Problem.* Associating or uniting in a reciprocal action or relationship: *an agreement between workers and management; a certain resemblance between the two stories.* **4. a.** By the combined effort or effect of: *Between them they succeeded.* **b.** In the combined ownership of: *They had only a few dollars between them.* **5.** As measured against. Often used to express a reciprocal relationship: *choose between riding and walking.* —**between** *adv.* In an intermediate space, position, or time; in the interim. —*idioms.* **between you and me.** In the strictest confidence. **in between.** In an intermediate situation: *My roommates disagreed and I was caught in between.* **in between times.** During an intervening period: *has written several books and teaches in between times.* [Middle English *bitwene,* from Old English *betwēonum.* See **dwo-** in Appendix.] —**between'ness** *n.*

***USAGE NOTE:*** According to a widely repeated but unjustified tradition, "*between* is used for two, and *among* for more than two." It is true that *between* is the only choice when exactly two entities are specified: *the choice between* (not *among*) *good and evil, the rivalry between* (not *among*) *Great Britain and France.* When more than two entities are involved, however, or when the number of entities is unspecified, the choice of one or the other word depends on the intended sense. *Between* is used when the entities are considered as distinct individuals; *among,* when they are considered as a mass or collectivity. Thus in the sentence *The bomb landed between the houses,* the houses are seen as points that define the boundaries of the area of impact (so that we presume that none of the individual houses was hit). In *The bomb landed among the houses,* the area of impact is considered to be the general location of the houses, taken together (in which case it is left open whether any houses were hit). By the same token, we may speak of *a series of wars between the Greek cities,* which suggests that each city was an independent belligerent, or of *a series of wars among the Greek cities,* which allows as well the possibility that the belligerents were shifting alliances of cities. For this reason, *among* is most appropriate to indicate inclusion in a group: *She is among the best of our young sculptors. There is a spy among you* (this last is arguably appropriate even when there are only two addressees; certainly *between* would be impossible). *Between* is the preferred choice when the entities are seen as determining the limits or endpoints of a range: *The plane went down somewhere between Quito, Lima, and La Paz. The truck driver had obviously been drinking between stops.*

**be·tween·brain** (bĭ-twēn′brān′) *n.* See **diencephalon.**
**be·tween·times** (bĭ-twēn′tīmz′) *adv.* At or during pauses: *"She took such tiny bites and set her fork down on her plate betweentimes"* (Anne Tyler).
**be·twixt** (bĭ-twĭkst′) *adv. & prep.* Between. —*idiom.* **betwixt and between.** In an intermediate position; neither wholly one thing nor another. [Middle English *bitwixt,* from Old English *betwix.* See **dwo-** in Appendix.]
**Beu·lah** (byōō′lə) *n.* **1.** *Bible.* The land of Israel in the Old Testament. **2.** The land of peace described in John Bunyan's *Pilgrim's Progress.*
**beurre blanc** (bûr′ blängk′, bœr blän′) *n.* A sauce made with butter, shallots, and vinegar or lemon juice, often served with seafood. [French : *beurre,* butter + *blanc,* white, not browned.]
**Beuys** (boiz, bois), **Joseph.** 1921–1986. German artist who attempted to convey his highly politicized views through sculpture, drawings, and performance art.
**BeV** *abbr.* Billion electron volts.
**Bev·an** (bĕv′ən), **Aneurin.** 1897–1960. Welsh-born British politician who as minister of health (1945–1951) was the chief architect of the National Health Service.
**bev·el** (bĕv′əl) *n.* **1.** The angle or inclination of a line or surface that meets another at any angle but 90°. **2.** Two rules joined together as adjustable arms used to measure or draw angles of any size or to fix a surface at an angle. In this sense, also called *bevel square.* —**bevel** *v.* **-eled, -el·ing, -els** or **-elled, -el·ling, -els.** —*tr.* To cut at an inclination that forms an angle other than a right angle: *beveled the edges of the table.* —*intr.* To be inclined; slant. [Possibly from Old French *\*bevel,* perhaps from *baif,* open-mouthed, from *baer,* to gape, from Vulgar Latin *\*badāre.*]
**bevel gear** *n.* Either of a pair of gears with teeth surfaces cut so that they can connect unparallel gear shafts.
**bevel square** *n.* See **bevel** (sense 2).
**bev·er·age** (bĕv′ər-ĭj, bĕv′rĭj) *n.* Any one of various liquids for drinking, usually excluding water. [Middle English, from Old French *bevrage,* from *beivre,* to drink, from Latin *bibere.* See **pō(i)-** in Appendix.]
**Bev·er·idge** (bĕv′ər-ĭj, bĕv′rĭj), **Albert Jeremiah.** 1862–1927. American politician and historian. A U.S. senator from Indiana (1899–1911), he is best known for his historical works, most notably *The Life of John Marshall* (1916–1919).
**Bev·er·ly** (bĕv′ər-lē). A city of northeast Massachusetts northeast of Boston. It was settled in 1626. The schooner *Hannah,* the first ship of the Continental Navy, was outfitted here (1775). Population, 37,655.
**Beverly Hills.** A city of southern California surrounded by Los Angeles. It adjoins Hollywood and is famous as a fashionable residential area for show business personalities. Population, 32,367.



bevel gear

**Bev·in** (bĕv′ĭn), **Ernest.** 1884–1951. British labor leader politician who served as minister of labor (1940–1945) and eign minister (1945–1951) and was instrumental in postwar plomacy, notably the NATO treaty of 1949.
**bev·y** (bĕv′ē) *n., pl.* **-ies. 1.** A group of animals or bi especially larks or quail. **2.** A group or an assemblage: *a bev beauties.* See Synonyms at **flock¹**. [Middle English, from An Norman *bevee.*]
**be·wail** (bĭ-wāl′) *tr.v.* **-wailed, -wail·ing, -wails. 1.** To over; lament: *bewail the dead.* **2.** To express sorrow or unh piness over: *"bewailing the possible effects of double-digit une ployment"* (Washington Post). [Middle English *biwailen* : *bi-,* + *wailen;* see WAIL.] —**be·wail′er** *n.* —**be·wail′ment** *n.*
**be·ware** (bĭ-wâr′) *v.* **-wared, -war·ing, -wares.** —*tr.* To on guard against; be cautious of: *"Beware the ides of Marc* (Shakespeare). —*intr.* To be cautious; exert caution: *We had beware of the icy patches on the road. Beware of the dog.* [Mid English *ben war : ben,* to be; see BE + *war,* on one's guard; WARE².]
**be·whis·kered** (bĭ-hwĭs′kərd, -wĭs′-) *adj.* Having whiske
**be·wigged** (bĭ-wĭgd′) *adj.* Wearing a wig.
**be·wil·der** (bĭ-wĭl′dər) *tr.v.* **-dered, -der·ing, -ders. 1.** confuse or befuddle, especially with numerous conflicting situ tions, objects, or statements. See Synonyms at **puzzle. 2.** cause to lose one's bearings; disorient: *The twists and turns in t. cave soon bewildered us.* —**be·wil′dered·ly** *adv.* —**be·wil dered·ness** *n.* —**be·wil′der·ing·ly** *adv.*

**WORD HISTORY:** The word *bewilder* is probably used muc more commonly in its figurative sense "to confuse" than in i literal sense "to cause to lose one's bearings; disorient." Yet th latter sense is most likely the clue to the original source of th word. *Bewilder,* first recorded in 1684, is made up of the prefi *be-,* here meaning "completely," and the verb *wilder,* meanin "to cause to lose one's way," first found in 1613. *Wilder* may i turn be a back-formation from *wilderness,* a much older wor than *wilder.* Users of English might have erroneously thought tha *wilderness* was derived from an older verb *wilder,* which the then used with reference to the loss of one's way that can occur i a wilderness.

**be·wil·der·ment** (bĭ-wĭl′dər-mənt) *n.* **1.** The condition o being confused or disoriented. **2.** A situation of perplexity o confusion; a tangle: *a bewilderment of lies and half-truths.*
**be·witch** (bĭ-wĭch′) *tr.v.* **-witched, -witch·ing, -witch·es. 1** To place under one's power by or as if by magic; cast a spell over **2.** To captivate completely; entrance. See Synonyms at **charm.** [Middle English *biwicchen* : probably *bi-, be-* + *wicche,* witch; see WITCH.] —**be·witch′er** *n.* —**be·witch′er·y** *n.*
**be·witch·ing** (bĭ-wĭch′ĭng) *adj.* Enchanting as if with a magic spell; fascinating. —**be·witch′ing·ly** *adv.*
**be·witch·ment** (bĭ-wĭch′mənt) *n.* **1. a.** The act of bewitching. **b.** The power to bewitch. **c.** The state of being bewitched. **2.** A bewitching spell.
**be·wray** (bĭ-rā′) *tr.v.* **-wrayed, -wray·ing, -wrays.** Archaic. To disclose or betray. [Middle English *biwreien* : *bi-, be-* + *wreien,* to accuse (from Old English *wrēgan*).]
**bey** (bā) *n.* **1.** A provincial governor in the Ottoman Empire. **2. a.** A ruler of the former kingdom of Tunis. **b.** Used as the title for such a ruler. **3.** Used formerly as a title for various Turkish and Egyptian dignitaries. [Turkish, from Old Turkic *beg,* ruler, prince.]
**be·yond** (bē-ŏnd′, bĭ-yŏnd′) *prep.* **1.** On the far side of; past: *Just beyond the fence.* **2.** Later than; after: *beyond midnight.* **3.** To a degree that is past the understanding, reach, or scope of: *an evil beyond remedy.* **4.** To a degree or amount greater than: *rich beyond his wildest dreams.* **5.** In addition to: *asked for nothing beyond peace and quiet.* —**beyond** *adv.* **1.** Farther along or away. **2.** In addition; more: *wanted her share but nothing beyond.* —**beyond** *n.* **1.** That which is past or to a degree greater than knowledge or experience; the unknown: *"Sputnik, the first satellite to enter the great beyond of space"* (Dale Russakoff). **2.** The world beyond death; the hereafter. [Middle English *biyonde,* from Old English *begeondan* : *be,* by; see BY¹ + *geondan,* on the far side of; see i- in Appendix.]
**bez·ant** (bĕz′ənt, bə-zănt′) *n.* **1.** See **solidus** (sense 1). **2.** *Architecture.* A flat disk used as an ornament. [Middle English *besant,* from Old French, from Medieval Latin *Byzantius,* from Latin, of Byzantium.]
**bez·el** (bĕz′əl) *n.* **1.** A slanting surface or bevel on the edge of a cutting tool, such as a chisel. **2.** The upper, faceted portion of a cut gem, above the girdle and below the table. **3.** A groove or flange designed to hold a beveled edge, as of a watch crystal or a gem. [Probably French dialectal; akin to French *biseau,* from *bis,* two times, from Latin. See **dwo-** in Appendix.]
**Bé·ziers** (bāz-yā′). A city of southern France southwest of Montpellier. An ancient Gallic fortress, it is an industrial center with an important trade in wines. Population, 76,647.
**be·zique** (bə-zēk′) *n.* *Games.* A card game similar to pinochle that is played with a deck of 64 cards. [French *bésique,* possibly from Italian *bazzica,* a kind of card game.]
**be·zoar** (bē′zôr′, -zōr′) *n.* A hard indigestible mass of material, such as hair, vegetable fibers, or fruits, found in the stomachs or intestines of animals, especially ruminants, and human beings.