```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TENNESSEE
```

| | |
|---|---|
| ONE STOCKDUQ HOLDINGS, LLC, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | No. 2:12-cv-03037-JPM-tmp |
| ) | |
| BECTON, DICKINSON, AND COMPANY ) | |
| ) | |
|     Defendant. ) | |
| ) | |

**ORDER SETTING TELEPHONIC STATUS CONFERENCE**

All parties to the above-captioned action are required to appear before the Court for a telephonic status conference at 11:00 a.m. on Wednesday, October 30, 2013.

**SO ORDERED**, this 8th day of October, 2013.

/s/ Jon P. McCalla
JON P. McCALLA
U.S. DISTRICT JUDGE