*UNITED STATES DISTRICT COURT*
*WESTERN DISTRICT OF TENNESSEE*
*Western Division*
*Office of the Clerk*

*Thomas M. Gould, Clerk*  *Deputy-in-Charge*
*242 Federal Building*  *U.S. Courthouse, Room 262*
*167 N. Main Street*  *111 South. Highland Avenue*
*Memphis, Tennessee 38103*  *Jackson, Tennessee 38301*
*(901) 495-1200*  *(731) 421-9200*

## NOTICE OF SETTING
**Before Judge Jon Phipps McCalla, United States District Judge**

October 9, 2013

RE:   **2:12-cv-03037-JPM**
      **One StockDuq Holdings, LLC v. Becton, Dickinson & Co.**

Dear Sir/Madam:

A **TELEPHONIC STATUS CONFERENCE** has been **SET** before **Judge Jon Phipps McCalla** on **WEDNESDAY, OCTOBER 30, 2013** at **11:00 A.M. (Central).**

**Counsel for the Defendant shall initiate the conference call prior to dialing Judge McCalla's chambers at 901-495-1291.**

If you have any questions, please contact the case manager at the telephone number or email address provided below.

Sincerely,
THOMAS M. GOULD, CLERK
BY:   *s/Joseph P. Warren*,
      Case Manager to Judge Jon Phipps McCalla
      901-495-1242
      joseph_warren@tnwd.uscourts.gov