# EXHIBIT C

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| ONE STOCKDUQ HOLDINGS, LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>BECTON, DICKINSON AND COMPANY, )<br>)<br>Defendant. )<br>) | No. 2:12-cv-03037-JPM-tmp<br><br>JURY TRIAL DEMANDED |

**ONE STOCKDUQ HOLDINGS, LLC'S DENTIFICATION OF
TERMS REQUIRING A DISPOSITION OF THE CASE IN ITS FAVOR AND/OR
SUBSTANTIALLY CONDUCIVE TO PROMOTING SETTLEMENT**

Pursuant to Local Patent Rule 4.5(c), One StockDuq Holdings, LLC ("One-SD") states that while no single disputed claim term would require a disposition in One-SD's favor, adoption of One-SD's construction of any term would weaken Defendant's case and therefore would be substantially conducive to promoting settlement.

1