```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE WESTERN DISTRICT OF TENNESSEE
                   WESTERN DIVISION
```

|  |  |
|---|---|
| ONE STOCKDUQ HOLDINGS, LLC,  ) | |
| ) | |
|     Plaintiff,  ) | |
| ) | |
| v.  ) | No. 2:12-cv-03037-JPM-tmp |
| ) | |
| BECTON, DICKINSON, AND COMPANY  ) | |
| ) | |
|     Defendant.  ) | |
| ) | |

**ORDER GRANTING UNOPPOSED MOTION FOR LEAVE TO FILE REPLY**

    Before the Court is Defendant Becton, Dickinson and Company's ("BD") Unopposed Motion for Leave To File Reply in Support of its Renewed Motion to Stay Litigation Pending Inter Partes Review, filed on October 28, 2013.  (ECF No. 81.)  In the Motion, BD "seeks leave to file such a reply to respond fully to certain arguments and assertions made by plaintiff One StockDuq Holdings, LLC."  (Id. at 1.)

    The Unopposed Motion is timely, see LR 7.2(c), and unopposed.  The Motion (ECF No. 81), therefore, is GRANTED.

    **IT IS SO ORDERED**, this 28th day of October, 2013.

                                             /s/ Jon P. McCalla  
                                             JON PHIPPS McCALLA  
                                             U.S. DISTRICT JUDGE